### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **W. NEIL ARMENTROUT and** | **:** | |
| **FRANCES ARMENTROUT,** | **:** | |
| | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| | **:** | |
| **vs.** | **:** | **CIVIL ACTION: 10-0149-KD-C** |
| | **:** | |
| **ATLANTIC CASUALTY INS. CO.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and dated July 22, 2010, is hereby **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **10th** day of **August 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**